UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDINE HARRISON, on behalf of herself and all others similarly situated , <br><br> Plaintiff(s), <br><br> -against- <br><br> BERKS CREDIT & COLLECTIONS, INC; and JOHN DOES 1-25 <br><br> Defendant(s). | Civil Case No.: 1:17-cv-04353 (DLI)(VMS) <br><br> **NOTICE OF SETTLEMENT** |

     Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: July 17, 2018

                                     */s/ Benjamin J. Wolf*
                                     Benjamin J. Wolf, Esq.
                                     JONES, WOLF & KAPASI, LLC
                                     One Grand Central Place
                                     60 East 42nd. Street, 46th Floor
                                     New York, New York 10165
                                     (646) 459-7971 telephone
                                     (646) 459-7973 facsimile
                                     bwolf@legaljones.com