UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDINE HARRISON, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>BERKS CREDIT & COLLECTIONS, INC.; and JOHN DOES 1-25.<br><br>Defendant(s). | Civil Case No.: 1:17-cv-04353-DLI-VMS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that the Plaintiff through her attorney, Benjamin J. Wolf, Esq., of Jones, Wolf & Kapasi, LLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, does hereby dismiss this action with prejudice against BERKS CREDIT & COLLECTIONS, INC; and JOHN DOES 1-25 and each party is to bear their own fees and costs.

Dated: New York, New York
         October 11, 2018

| | |
|---|---|
| */s Benjamin J. Wolf* | */s Monica M. Littman* |
| Jones, Wolf & Kapasi, LLC | Fineman Krekstein & Harris, P.C. |
| Benjamin J. Wolf, Esq. | Monica M. Littman, Esq. |
| One Grand Central Place | Ten Penn Center |
| 60 East 42nd Street, 46th Floor | 1801 Market Street, Suite 1100 |
| New York, NY 10017 | Philadelphia, Pennsylvania 19103 |
| (646) 459-7971 telephone | (215) 893-8749 telephone |
| bwolf@legaljones.com | mlittman@finemanlawfirm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

{01499278;v1}